# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE THOMAS J. WHELAN)



| United States of America, Plaintiff, v. Jesus Maria Garcia, Defendant. | Case No. 15-CR-497-W<br><br>**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE** |
|---|---|

**GOOD CAUSE HAVING BEEN SHOWN,** it is hereby ordered that the three-year term of supervised release previously ordered on August 18, 2015 be terminated early in the interests of justice, and that defendant Jesus Maria Garcia be relieved from all obligations thereunder.

**IT IS SO ORDERED.**

Dated: 1/28/20

HON. THOMAS J. WHELAN,
U.S. District Court Judge

15-CR-497-W